move for reargument, or to vacate the injunction granted by this court, if the Court of Appeals should sustain the demurrer to the complaint on the appeal allowed on such demurrer. Settle order on notice. See, also, 152 N. Y. Supp. 1127.

---

METROPOLITAN TRUST CO. OF CITY OF NEW YORK, Appellant, v. STALLO, Respondent. (Supreme Court, Appellate Division, First Department. ·March 12, 1915.) Action by the Metropolitan Trust Company of City of New York, individually and as administrator, etc., against Laura McD. Stallo. No opinion. Motion granted. See, also, 152 N. Y. Supp. 183.

---

MEYER· v. HEDGES. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Ludwig Meyer· against Dayton Hedges. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1127.

---

MEYER, Respondent, v. MOTOR TRANSIT CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Johanna Meyer against the Motor Transit Company, impleaded with others.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents.

---

MEYERSON v. UNITED STATES GRAND LODGE INDEPENDENT ORDER SONS OF BENJAMIN. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Annie Meyerson against the United States Grand Lodge Independent Order Sons of Benjamin. No opinion. Application denied, with $10 costs. Order signed. See, also, 151· N. Y. Supp. 932.

---

MEYRSON, Appellant, v. INTERBORO RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Cornelia Meyrson against the Interboro Rapid Transit Company. G. J. Gruenberg, of New York City, for appellant. B. H. Ames, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MICELLI, Respondent, v. SCOCCO, Appellant, et al. (Supreme Court, Appellate Division, First Department: April 16, 1915.) Action by Pietro Micelli against Rocco Scocco, impleaded with others. B. Patterson, of New York City, for appellant. J. R. Damico, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MILES v. STALLO et al. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by George G. Miles, Jr., as ancillary administrator, etc., against Edmund K. Stallo and others. N. Rockwood and C. H. Stoll, both of New York City, for appellants. E. M. Otterbourg, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MILLER et al., Respondents, v. CORKER, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Nathan J. Miller and others against Palmer L. Corker. R. L. Turk, of New York City, for appellant. W. H. Pollak, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

MILLER v. MILLER. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Alexander J. Miller· against Elsie S. Miller. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

MILLS, Appellant, v. DERRICK, Respondent. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Peter E. Mills against Clara E. Derrick. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1128.

---

MILLS, Respondent, v. ·DERRICK, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Peter E. Mills against Clara E. Derrick. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1128.

---

MITCHELL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Alfred A. Mitchell against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to renew its motion upon additional papers, if so advised.

---

MOCK et al. v. LEONARD et al. (Supreme Court, Appellate Division, First Department. ·March 19, 1915.) Action by Veronica Mock and another against Vincent L. Leonard and others, with Michael Simon as purchaser. A. T. Sapinsky, of New York City, for appellants. J. J. Harris, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MOFFETT v. EAMES et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Annie Aletta Elwell Moffett, as executrix, etc., against Harris G. Eames, as trustee, etc., and others. No opinion. Motion for leave to appeal to Court of Appeals denied, as leave is unnecessary.

---

MOFFETT, Appellant, v. PIEL, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Annie Aletta Elwell Moffett, as executrix, etc., against